# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – BAKERSFIELD

| | |
|---|---|
| SABRINA LOPEZ, a minor by and through her guardian BETTY LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>MAXFIELD AND OBERTON HOLDINGS LLC, a foreign limited liability company, and DOES 1 to 100, inclusive, *et al.*<br><br>Defendants. | Case No. 1:12-cv-02085-SAB<br><br>**ORDER RE: VOLUNTARY DISMISSAL, WITH PREJUDICE, OF DEFENDANT MAXFIELD AND OBERTON HOLDINGS LLC** |

Pursuant to the stipulation of the parties, it is hereby ordered that the above-captioned action is dismissed, with prejudice, as to Defendant Maxfield and Oberton Holdings LLC. Each party to bear their own fees, costs, and expenses, if any. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated: __**May 1, 2013**__ _____
UNITED STATES MAGISTRATE JUDGE

1